UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

## BILL OF INFORMATION TO ESTABLISH PRIOR CONVICTION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** * | **CRIMINAL NO.: 15-200** |
| v. * | **SECTION: "J"** |
| **WILBERT CLARK** * | **VIOLATION**: 21 U.S.C. § 851(a) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

On or about September 21, 2007, in Orleans Parish Criminal District Court, State of Louisiana, in State v. Wilbert Clark, Docket No. 472-194, the defendant, **WILBERT CLARK**, was convicted of Possession of Crack Cocaine, a felony, and sentenced to five years' probation. On March 31, 2009, the defendant's probation was revoked, and the defendant was sentenced to 5 years' in prison at hard labor. This judgment is now final.

This count is included pursuant to the requirements of Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

s/ Brandon S. Long
BRANDON S. LONG
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3106
Email: brandon.long@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                   s/ Brandon S. Long
                                                   BRANDON S. LONG
                                                   Assistant United States Attorney